UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METABOLIX, INC. and UNIVERSITY OF MASSACHUSETTS, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL PAPER COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

## COMPLAINT

Plaintiffs Metabolix, Inc. ("Metabolix") and the University of Massachusetts ("U Mass") (collectively, "Plaintiffs") for their Complaint against defendant International Paper Company ("Defendant") allege as follows:

### Nature of the Action

1. This is an action for infringement of United States Patent No. 5,883,199 ("the '199 patent"). This action is based on the Patent Laws of the United States, 35 U.S.C. § 101 *et seq*.

### The Parties

2. Plaintiff, Metabolix, Inc., is a corporation organized under the laws of Delaware having its principal place of business at 21 Erie Street, Cambridge, Massachusetts 02139.

3. Plaintiff, the University of Massachusetts, is a public institution and state university organized and existing under the laws of the Commonwealth of Massachusetts, having its principal place of business at 225 Franklin Street, Boston, Massachusetts 02110.

4. Defendant, International Paper Company, is a corporation organized under the laws of Delaware and New York having its principal place of business at 6400 Poplar Avenue, Memphis, Tennessee 38197.

## Jurisdiction and Venue

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338(a) (patent and trademark actions).

6. This Court has personal jurisdiction over Defendant because, on information and belief, it has had continuous and systematic contacts with this judicial district.  Moreover, Defendant has infringed the '199 patent by selling or offering to sell infringing products in Massachusetts and/or shipping infringing products into Massachusetts.

7. Venue in this district is proper under 28 U.S.C. §§ 1391(b) and 1400(b).

## Factual Background

8. On March 16, 1999, United States Patent No. 5,883,199 ("the '199 patent"), entitled "Polyactic Acid-Based Blends," was lawfully issued.  A copy of the '199 patent is attached hereto as Exhibit A.

9. U Mass is the sole owner of all right, title and interest in, to and under the '199 patent and to all rights of recovery thereunder.

10. The '199 patent has not expired and is in full force and effect.

11. Metabolix is the exclusive licensee under the '199 patent in the relevant field.

## COUNT I
## Infringement of the '199 Patent

12. Plaintiffs incorporate by reference paragraphs 1-11 above as though fully set out herein.

13. On information and belief, Defendant has been and is infringing the '199 patent by making, using, offering for sale, or selling infringing products, including at least those products sold under the name "ecotainer."

14. On information and belief, Defendant will continue to infringe the '199 patent unless and until it is enjoined by this Court.

15. Defendant's infringing activities will irreparably harm Plaintiffs unless enjoined by this Court.

## **Prayer For Relief**

WHEREFORE, Plaintiffs respectfully request the following relief:

A. A judgment that Defendant has infringed the '199 patent;

B. A permanent injunction, enjoining Defendant, its officers, agents, servants, employees, and attorneys and other persons who are in active concert or participation with it from infringing the '199 patent;

C. An order awarding damages in an amount sufficient to compensate Plaintiffs for Defendant's infringement of the '199 patent, but not less than a reasonable royalty;

D. An order awarding prejudgment interest to Plaintiffs pursuant to 35 U.S.C. § 284; and

G. Such other and further relief as this Court shall deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a jury trial on all issues so triable.

Dated: July 14, 2010

| **METABOLIX, INC.** | **UNIVERSITY OF MASSACHUSETTS** |
|---|---|
| *By its attorneys*, | *By its attorneys* |
| **SUNSTEIN KANN MURPHY & TIMBERS LLP** | **Martha Coakley**<br>**Attorney General of the Commonwealth of Massachusetts** |
| /s/ Lisa M. Tittemore | /s/ Heidi E. Harvey |
| Lisa M. Tittemore (BBO# 567941)<br>Kerry L. Timbers (BBO# 552293)<br>Kimberly J. Seluga (BBO# 667655)<br>Sunstein Kann Murphy & Timbers LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-4004<br>ltittemore@sunsteinlaw.com | Heidi E. Harvey (BBO# 548114)<br>Special Assistant Attorney General<br>Fish & Richardson P.C.<br>225 Franklin St.<br>Boston, MA 02110<br>Tel: (617) 542-5070<br>Fax: (617) 542-8906<br>harvey@fr.com |

1230171