IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METABOLIX, INC. and UNIVERSITY OF MASSACHUSETTS<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY<br><br>Defendant. | Civil Action No. 1:10-cv-11176 |

**PLAINTIFF METABOLIX, INC.'S ANSWER TO COUNTERCLAIMS
OF DEFENDANT INTERNATIONAL PAPER COMPANY**

Plaintiff Metabolix, Inc. ("Metabolix"), by and through counsel, respectfully submits this Answer to the Counterclaims of Defendant International Paper Company ("IP") (Dkt. 13; hereinafter the "Counterclaims"), and further states that anything in the Counterclaims that is not expressly admitted is hereby denied:

**THE PARTIES**

1. Admitted, upon information and belief.

2. Admitted.

3. The allegations in this paragraph are not directed to Metabolix, and therefore no answer is required.

**JURISDICTION**

4. Admitted.

5. Admitted.

6. Admitted.

7. The allegations in this paragraph are not directed to Metabolix, and therefore no answer is required.

8. The allegations in this paragraph are not directed to Metabolix, and therefore no answer is required.

9. Admitted with respect to Metabolix. With respect to UMass, the allegations in this paragraph are not directed to Metabolix, and therefore no answer is required.

## BACKGROUND

10. Metabolix admits, upon information and belief, that IP has been and is now engaged in the business of designing, developing, manufacturing, and selling paperboard products, including Ecotainer® products. Metabolix is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in this paragraph, and therefore denies same.

11. Denied as to the first sentence. The patent-in-suit and issue date are misidentified. The proper issue date is March 16, 1999 and the proper patent number is U.S. Pat. No. 5,883,199. Metabolix is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in this paragraph, and therefore denies same.

12. Metabolix is without sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, and therefore denies same.

13. Metabolix admits that it had communications with Blake Lindsey and Daniel Carraway prior to commencement of the present action. Metabolix admits that prior to commencement of this action, it told Mr. Lindsey and/or Mr. Carraway about the

fact that it had an exclusive license under the '199 Patent from UMass and that it had agreed to sub-license the '199 Patent to an entity. Metabolix admits that after its discussions with Messrs. Lindsey and Carraway, Metabolix and UMass brought this action against IP for alleged infringement of the '199 Patent. The remainder of the allegations in this paragraph are otherwise denied.

14. Denied.

15. Metabolix admits that it alleged, "Defendant has been and is infringing the '199 patent by making, using, offering for sale, or selling infringing products, including at least those products sold under the name "ecotainer"; otherwise denied.

16. Metabolix is without sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, namely what IP does or does not deny, and therefore denies same.

17. Metabolix is without sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, namely what IP does or does not contend, and therefore denies same.

18. Metabolix is without sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, namely what IP does or does not contend, and therefore denies same.

19. Metabolix is without sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, namely what IP does or does not contend, and therefore denies same.

### COUNT I - DECLARATION OF NONINFRINGEMENT AND/OR INVALIDITY OF PATENT

20. Metabolix repeats and incorporates by reference, as if fully set forth herein, the answers contained in paragraphs 1 through 19 above.

21. Metabolix does not contest that there is a present, actual, and justiciable controversy between and among IP, Metabolix and UMass; otherwise denied.

22. Denied.

23. Denied.

24. Denied.

### AFFIRMATIVE DEFENSES

1. The Counterclaims fail to state a claim upon which relief may be granted.

2. The Counterclaims are barred by the doctrine of unclean hands.

Metabolix reserves the right to assert additional affirmative defenses of which it may become aware after the filing of this Answer to Counterclaims.

### PRAYER FOR RELIEF

In addition to the relief requested in the Complaint, which is hereby incorporated by reference, Metabolix respectfully requests the following additional relief:

1. Dismissal of IP's counterclaims in their entirety with prejudice; and

2. Entry of judgment that the claims of the '199 are not invalid and are not unenforceable.

### JURY DEMAND

Metabolix hereby demands a jury trial on all issues so triable.

November 12, 2010                                  Respectfully submitted,
                                                   Metabolix, Inc.

                                                   *By its attorneys*,


                                                   /s/ Peter J. Karol
                                                   Kerry L. Timbers (BBO# 552293)
                                                   Lisa M. Tittemore (BBO# 567941)
                                                   Peter J. Karol (BBO# 660338)
                                                   Kimberly J. Seluga (BBO# 667655)
                                                   SUNSTEIN KANN MURPHY &
                                                   TIMBERS LLP
                                                   125 Summer Street
                                                   Boston, MA 02110-1618
                                                   Tel: (617) 443-9292
                                                   Fax: (617) 443-0004
                                                   Email: pkarol@sunsteinlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the above date.

                                                   /s/ Peter J. Karol
                                                   Peter J. Karol

03100/00506 1358448.1