# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

METABOLIX, INC. and UNIVERSITY OF MASSACHUSETTS,

    Plaintiffs,

v.

INTERNATIONAL PAPER COMPANY,

    Defendant.

Civil Action No. 1:10-cv-11176

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Metabolix, Inc. and the University of Massachusetts and Defendant International Paper Company, being all the parties in this case, through their undersigned attorneys, hereby stipulate and agree to the dismissal without prejudice of all claims made by Plaintiffs Metabolix, Inc. and the University of Massachusetts in the above-captioned action. The parties also stipulate and agree to the dismissal without prejudice of all counterclaims made by Defendant International Paper Company. The parties further stipulate that they shall each bear their own attorneys' fees, expenses, and costs.

Dated: February 2, 2012

Respectfully submitted,

| METABOLIX, INC. | INTERNATIONAL PAPER COMPANY |
|---|---|
| By its Attorneys, | By its Attorneys, |

/s/ Lisa M. Tittemore  /s/ Eric J. Marandett

Lisa M. Tittemore (BBO# 567941)
Kerry L. Timbers (BBO# 552293)
Jack C. Schecter (BBO#652349)
Peter J. Karol (BBO# 660338)
Sunstein Kann Murphy & Timbers LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004
ltittemore@sunsteinlaw.com

Eric J. Marandett (BBO# 561730)
Courtney M. Schou (BBO# 671104)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000
EMarandett@choate.com

*Of Counsel*:

UNIVERSITY OF MASSACHUSETTS
By its attorneys,

Martha Coakley
Attorney General of the Commonwealth of Massachusetts

/s/ Heidi E. Harvey

Heidi E. Harvey (BBO# 548114)
Special Assistant Attorney General
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906
harvey@fr.com

Mark S. Graham, TN BPR No. 11,505
J. David Gonce, TN BPR No. 20,100
Michael J. Bradford, TN BPR No. 22,689
LUEDEKA, NEELY & GRAHAM, P.C.
P.O. Box 1871
Knoxville, TN 37901
Telephone: (865) 546-4305
Facsimile: (865) 523-4478

**CERTIFICATE OF SERVICE**

I certify that, on the above date, this document contemporaneously filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Eric J. Marandett