**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Metabolix, Inc. et al
           Plaintiffs

       V.

International Paper Company
           Defendant

CIVIL ACTION

NO.10-cv-11176 NMG

**ORDER OF DISMISSAL**

GORTON, D. J.

    In accordance with the Stipulation of Dismissal dated 2/2/2012, (Docket No. 40), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice and without costs.

                                        By the Court,

2/3/2012                                 /s/ Kellyann Moore
Date                                    Deputy Clerk